UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGAR ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CODILIS and ASSOCIATES, P.C. and NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | CIVIL ACTION 1:16-cv-04838<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

NOW COMES the Plaintiff, EDGAR ALVAREZ, by and through his attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendants, CODILIS and ASSOCIATES, P.C. and NATIONSTAR MORTGAGE, LLC, as follows:

### NATURE OF THE ACTION

1. This is an action brought by a consumer for violation(s) of the Fair Debt Collection Practices Act[1], 15 U.S.C. § 1692 et. seq. (hereinafter "FDCPA") and violation(s) of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et. seq. (hereinafter "ICFA").

### JURISDICTION AND VENUE

2. Subject matter jurisdiction exists over the FDCPA claim(s) under 28 U.S.C. §§ 1331 and 1337.

3. Supplemental jurisdiction exists over the ICFA claim(s) under 28 U.S.C. §1367.

4. Venue is proper in this Court under 28 U.S.C. §1391(b) as a substantial part of the events giving rise to the claim(s) took place in this Judicial District.

---

[1] Any reference to the Fair Debt Collection Practices Act or any part thereof encompasses all relevant parts and subparts thereto.

## PARTIES

5. Edgar Alvarez (hereinafter "Plaintiff") is a natural person, over 18-years-of-age, who at all times relevant resided at the property commonly known as 2002 North Newland Avenue, Chicago, Illinois 60707.

6. Codilis and Associates, P.C. is a Professional Corporation formed under the laws of the state of Illinois. Defendant has a principal place of business located at 15W030 North Frontage Road, Burr Ridge, Illinois 60527. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

7. Nationstar Mortgage, LLC is a Foreign Limited Liability Company formed under the laws of the state of Texas. Nationstar Mortgage, LLC has a principal place of business located at 350 Highland Drive, Lewisville, Texas 75067. Nationstar Mortgage, LLC is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

## NATIONSTAR MORTGAGE, LLC'S LOSS MITIGATION CORRESPONDENCE

8. On March 26, 2015, Nationstar Mortgage, LLC sent Plaintiff written correspondence stating:

> "We have received your client's application for loss mitigation options and supporting documentation (the Borrower Response Package"). *** [W]e have determined that the following required documents are missing or incomplete:
>
> > 30 days consecutive pay stubs with year to date earnings
> > Award letter of benefits statement
> > Documentation for all sources of income
> > IRS 4506-T or 4506-T EZ
>
> **It is critical that your client return a complete set of documents to use no later than 4/25/2015. If all documents are not received by that date, your client's application will be denied."** *See* Exhibit A, a true and correct copy of Defendant's March 26, 2015 written correspondence to Plaintiff.

9. On May 1, 2015, Nationstar Mortgage, LLC sent Plaintiff written correspondence stating:

2

"This letter is to inform you that we have reviewed your client's request for assistance and are unable to grant their request at this time.

\*\*\*

Your client was evaluated and reviewed for the below referenced Loss Mitigation Options, but was declined for the following program(s):

HAMP Tier I - Declined

> **Denial Reason:** Request Incomplete
> We are unable to offer you a modification because you did not provide us with the documents we requested.

HAMP Tier II - Declined

> **Denial Reason:** Request Incomplete
> We are unable to offer you a modification because you did not provide us with the documents we requested.

Standard Modification - Declined

> **Denial Reason:** Request Incomplete
> We are unable to offer you a modification because you did not provide us with the documents we requested." *See* Exhibit B, a true and correct copy of Defendant's May 1, 2015 written correspondence to Plaintiff.

10. Curiously, on May 2, 2015, Nationstar Mortgage, LLC sent Plaintiff written correspondence stating:

> "We have received your client's application for loss mitigation options and supporting documentation (the Borrower Response Package"). \*\*\* [W]e have determined that the following required documents are missing or incomplete:
>
> > Documentation for all sources of income
> > IRS 4506-T or 4506-T EZ
>
> **It is critical that your client return a complete set of documents to use no later than 6/1/2015. If all documents are not received by that date, your client's application will be denied."** *See* Exhibit C, a true and correct copy of Defendant's May 2, 2015 written correspondence to Plaintiff.

### COUNT I – VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

11. Paragraphs 1 through 9 are re-alleged as though fully set out herein.

12. All paragraphs of this Complaint are expressly adopted and incorporated herein as if fully set forth herein.

13. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3). Codilis and Associates, P.C. is a "debt collector" as defined by 15 U.S.C. §1692a(5). Codilis and Associates, P.C. was attempting to collect a debt used for "household purpose" as defined by 15 U.S.C. §1692a(5). Nationstar Mortgage, LLC is a "debt collector" as defined by 15 U.S.C. §1692a(5). Nationstar Mortgage, LLC was attempting to collect a debt used for "household purpose" as defined by 15 U.S.C. §1692a(5).

14. Codilis and Associates, P.C. and Nationstar Mortgage, LLC have violated the FDCPA, and caused damages to Plaintiff by their failure to comply with the FDCPA. Possible violations include, but are not limited to the following:

   a. **Violation of §1692e**

15. Nationstar Mortgage, LLC violated §1692e in that Nationstar Mortgage, LLC by sending conflicting written correspondence to Plaintiff on May 1, 2015 and May 2, 2015, by which is deceptive, false and misleading on its face.

   b. **Violation of §1692f(1)**

16. On April 21, 2015, Nationstar Mortgage, LLC, by and through its attorneys, Codilis and Associates, P.C. moved for an Order of Default and Judgment of Foreclosure and Sale. *See* Exhibit D, a true and correct copy of Motion for Entry of an Order of Default and Judgment of Foreclosure and Sale.

17. Order of Default and Judgment of Foreclosure and Sale were taken even though Plaintiff had not received a notice pursuant to Regulation X, 12 C.F.R. §1024.41(c)(1)(ii) stating the

4

outcome of Nationstar Mortgage, LLC's evaluation of Plaintiff's request for mortgage assistance - in violation of Regulation X, 12 C.F.R. §1024.41(g).

18. On January 15, 2016, the property commonly known as 2002 North Newland Avenue, Chicago, Illinois 60707 was sold to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-12N, U.S. Bank National Association, as Trustee. *See* Exhibit E, a true and correct copy of Report of Sale and Distribution.

19. Codilis and Associates, P.C. and Nationstar Mortgage, LLC violated §1692f(1) when it moved for a foreclosure judgment and conducted a foreclosure sale in violation of Regulation X, 12 C.F.R. §1024.41(g), as the Judgment of Foreclosure taken on April 21, 2015 was *void ab initio*.

WHEREFORE Plaintiff, EDGAR ALVAREZ, requests the following relief:

a. Actual, and statutory damages, and costs of the action including expenses, together with attorneys' fees as determined by this court.

b. Any other relief deemed appropriate and equitable by this court.

### COUNT II – VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

20. Paragraphs 1 through 14 are re-alleged as though fully set out herein.

21. All paragraphs of this Complaint are expressly adopted and incorporated herein as if fully set forth herein.

22. Enacted in 1961, the aim of the ICFA is protecting consumers against fraud and unfair or deceptive acts in the conduct of commerce or trade. 815 ILCS 505/2; *Scott v. Association for Childbirth at Home, Int'l*, 88 Ill.2d 279 (1981); *Oliveria v. Amoco Oil Co.*, 201 Ill.2d 134 (2002). Unlawful practices under the ICFA are defined broadly as:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use of employment of any practice described in [The Illinois Uniform Deceptive Trade Practice Act, 815 ILCS 510/2] in the conduct of any commerce or trade. 815 ILCS 505/2.

19. Plaintiff is a "person" as defined by 815 ILCS 505/1(c). Plaintiff is a "consumer" as defined by 815 ILCS 505/1(e). Nationstar Mortgage, LLC is engaged in "commerce" as defined by 815 ILCS 505/1(f). Nationstar Mortgage, LLC is a debt collector, as Nationstar Mortgage, LLC regularly collects or attempts to collect, debts owed or due or asserted to be owed or due another, commerce or trade directly or indirectly affecting the people of the State of Illinois.

   a. **Unfairness**

20. Nationstar Mortgage, LLC sent conflicting written correspondence to Plaintiff which was deceptive, false and unfair, whereas Nationstar Mortgage, LLC recognized receiving Plaintiff's request for mortgage assistance and supporting documentation and determined additional supporting documentation was necessary, merely one day after sending written correspondence to Plaintiff informing Plaintiff that Plaintiff's request for mortgage assistance was declined because Plaintiff did not provide Nationstar Mortgage, LLC with the required documents.

21. As pled above, Plaintiff was considerably harmed by Nationstar Mortgage, LLC's deceptive, false and unfair acts.

22. An award of punitive damages is appropriate as Nationstar Mortgage, LLC's unfair and deceptive acts are outrageous, wanton and willful; and showed a reckless disregard for the rights of Plaintiff and consumers, generally.

WHEREFORE Plaintiff, EDGAR ALVAREZ, requests the following relief:

a. Actual, and punitive damages, and costs of the action including expenses, together with attorneys' fees as determined by this court.

b. Any other relief deemed appropriate and equitable by this court.

**Plaintiff demands trial by jury.**

Dated: April 30, 2016

Respectfully Submitted,

/s/ Joseph S. Davidson
Joseph S. Davidson, Esq. ARDC#6301581
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone (630)575-8181
Fax: (630)575-8188